

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:               01-14-00332-CR

Style:                      Derrick Lee Thomas

                            **v**. The State of Texas

Date motion filed:          May 30, 2014

Type of motion:             Motion to Substitute Counsel

Party filing motion:        Appellant

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:         Current Due date:
    Date Requested:

Ordered that motion is:

☐       Granted

        If document is to be filed, document due:

        ☐     Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒       Denied

☐  Dismissed (*e.g.*, want of jurisdiction, moot)

☐       Other: _____

The motion does not indicate that appellant's counsel, Glenn Youngblood, seeks to withdraw from representing appellant. *See* TEX. R. APP. P. 6.5. Additionally, the motion does not show that it was delivered to appellant "in person or mailed—both by certified and by first-class mail" to appellant at his last known address. *See* TEX. R. APP. P. 6.5(b), (d). **Accordingly, we deny the motion to substitute counsel**. By filing this motion, Maverick Ray has appeared as counsel of record for appellant. *See* TEX. R. APP. P. 6.2, 9.1. Glenn Youngblood remains as appellant's lead counsel until new lead counsel is designated or a motion to withdraw or substitute counsel that complies with Rule 6.5 is filed and granted. *See* TEX. R. APP. P. 6.1(c), 6.5.

Judge's signature:   /s/ Terry Jennings
                  ☑ Acting individually    ☐ Acting for the Court

Date:  July 1, 2014